1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SHANNON HAYS,**<br><br>         **Plaintiff(s),**<br><br>     **vs.**<br><br>**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,**<br><br>         **Defendant(s).** | **Case No.: 12-CV-02277 YGR**<br><br>**SCHEDULING AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Case Management Conference set for November 5, 2012 is **VACATED**. The Court hereby sets the following pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE FOR TRIAL SETTING PURPOSES: | Monday, April 1, 2013 at 2:00 p.m. |
| REFERRED TO ADR FOR COURT SPONSORED MEDIATION TO BE COMPLETED WITHIN: | 90-days of the date of this Order |
| DISCOVERY CUTOFF: | April 8, 2013 |
| DISPOSITIVE MOTIONS[1] TO BE FILED BY: | May 14, 2013 |

The Court cannot accommodate the parties' request for a trial in June 2013. Currently, the Court is scheduling trials in February 2014. If the parties would like an earlier trial date (*e.g.*, in June 2013), the Court encourages them to consent to the jurisdiction of a magistrate judge who can guarantee that trial date. Counsel should discuss this option with their clients, and then meet and

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

United States District Court
Northern District of California

confer regarding same.  The Court will accept requests for referral to a specific magistrate judge or magistrate judges.  Profiles of all magistrate judges are available on the Court's website at http://cand.uscourts.gov/judges and in the brochure, Consenting to a Magistrate Judge's Jurisdiction In the Northern District of California (.pdf), also available on the Court's website.

IT IS SO ORDERED.

Dated: October 30, 2012

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE